UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :     ORDER

    -v.-                       :     13 Cr. 055 (GBD)

ROGELIO LEYBA,                  :

    Defendant.                 :

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward B. Diskant, of counsel, and with the consent of counsel for the defendant, it is hereby ORDERED that the time from April 16, 2013 through June 3, 2013 is hereby excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the parties to engage in further discussions regarding a potential disposition of this matter.

SO ORDERED.

Dated: New York, New York
       April __, 2013

*George B. Daniels*

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

03.30.2012