# WILENS & BAKER P.C.
ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237



May 6, 2013

**VIA FACSIMILE AND MAIL**

Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Fax (212) 805-6737

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: [illegible] 2013

RE: **United States v. Rogelio Leyba**
**Docket No. 1:13-cr-00055-GBD-1**

Your Honor:

The Defense respectfully submits this letter on behalf of our client, Rogelio Leyba, requesting that the terms of his house arrest be modified, so that he may participate in volunteer work in his community of Newark, New Jersey. Currently, the terms of Mr. Leyba's house arrest grant him the ability to travel to and from work, court appearances, and attorney visits.

By way of background, although our client's case is before Your Honor in the United States District Court, Southern District, Mr. Leyba is being monitored by the Newark, New Jersey Pre-Trial Services Office as a courtesy to the Manhattan Pre-Trial Services Office. Accordingly, the Defense has reached out to PTSO Kelly Fernandez of the Newark office, PTSO Gianfranco Furelli of the Manhattan office, as well as the Assistant United States Attorney assigned to this case, Edward B. Diskant, none of whom oppose this request.

If granted, Mr. Leyba would participate in Newark, New Jersey based volunteer services, specifically Meals on Wheels. Mr. Leyba will be working in the "Pantry" of the Meals on Wheels facility, organizing shipments of food and supplies. Mr. Leyba would volunteer on a weekly basis, every Thursday between the hours of 12pm and 4pm.

{MWA: 116394\00319541.DOC}

Furthermore, Mr. Leyba will be monitored not only by Pre-Trial Services during his volunteer time, but also by the Director of the Meals on Wheels Program Newark Division, Jose Acevedo, who is fully aware of Mr. Leyba's present circumstances. The Meals on Wheels facility, as well as Mr. Acevedo office, is located at 441-443 Broad Street Newark, New Jersey 07012. Mr. Acevedo's telephone number is (973) 624-2528, extension 126.

Therefore, the Defense respectfully requests that Mr. Leyba's house arrest terms be modified so that he may participate in the aforementioned volunteer program. We sincerely appreciate the Court's attention to this request.

Sincerely,

Daniel Kratka, Esq.

cc: AUSA Edward B. Diskant (VIA Email)

{MWA: 116394\00319541.DOC}