```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ORDER

      -v.-                        :    13 Cr. 055 (GBD)

ROGELIO LEYBA,                    :

      Defendant.                  :

- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 05 2013

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward B. Diskant, of counsel, and with the consent of counsel for the defendant, it is hereby ORDERED that the time from August 6, 2013 through October 15, 2013 is hereby excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the parties to engage in further discussions regarding a potential disposition of this matter.

SO ORDERED.

Dated:  New York, New York
        August __, 2013

AUG 05 2013

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

03.30.2012