**U.S. Department of Justice**

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: AUG 0 5 2013 |

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 4, 2013

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AUG 0 5 2013

*ORDERED*
*The conference is adjourned to*
*October 15, 2013 at 9:30 a.m.*

*George B Daniels*
*GEORGE B. DANIELS*

Re: <u>United States</u> v. <u>Rogelio Leyba</u>, 13 Cr. 055 (GBD)

Dear Judge Daniels:

I write on behalf of both parties to request an adjournment of the conference currently scheduled for next Tuesday, August 6 at 10 a.m. in the above-captioned matter. Since the parties last appeared before Your Honor, the parties have engaged in discussions regarding a potential disposition, but those discussions -- which are very much ongoing -- are unlikely to be complete by August 6. Accordingly, and so as to permit those talks to continue, the parties would request a brief adjournment of approximately 60 days of next week's conference.

Should Your Honor be inclined to grant the adjournment, the Government would also seek an exclusion of time from Speedy Trial Act calculation between August 6, 2013 and the new conference date for substantially the reasons set forth above. <u>See</u> 18 U.S.C. 3161(h)(7)(A). I have spoken with Mr. Kratka about this additional request and understand that, on behalf of the defendant, he consents to it. A proposed order excluding time is attached for the Court's consideration.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:
Edward B. Diskant
Assistant United States Attorney
(212) 637-2294

cc: Daniel Kratka, Esq. (By electronic-mail)