**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: AUG 28 2013

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:
George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 28 2013

Re: <u>United States</u> v. <u>Rogelio Leyba</u>, 13 Cr. 055 (GBD)

Dear Judge Daniels:

    I write on behalf of both parties to request a slight modification of the conditions of the defendant's release. Specifically, given the costs and burdens imposed as well as the defendant's perfect compliance with the terms of his release to date, the parties no longer view electronic monitoring as necessary or appropriate in this case. The Government and the defendant would thus jointly request that the Court approve of the removal of the defendant's ankle bracelet. I have conferred with Pretrial Services and understand that, in light of the defendant's perfect compliance with the conditions of his release to date, they have no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
(212) 637-2294

cc: Daniel Kratka, Esq. (By electronic-mail)