UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : **ORDER**

   -v.- : 13 Cr. 055 (GBD)

ROGELIO LEYBA, :

     Defendant. :

- - - - - - - - - - - - - - - - - -x

FILED OCT 10 2013

     Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward B. Diskant, of counsel, and with the consent of counsel for the defendant, it is hereby ORDERED that the time from October 15, 2013 through _December 17, 2013_ is hereby excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the parties to engage in further discussions regarding a potential disposition of this matter.

     SO ORDERED.

Dated:   New York, New York
        October ___, 2013

OCT 10 2013

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

TOTAL P.002