**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

OCT 10 2013

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2013

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**
The conference is adjourned to
December 17, 2013 at 9:45 a.m.

*Judge B Daniels*
**HON. GEORGE B. DANIELS**

Re: <u>United States</u> v. <u>Rogelio Leyba</u>, 13 Cr. 055 (GBD)

Dear Judge Daniels:

    I write on behalf of both parties to request an adjournment of the conference currently scheduled for next Tuesday, October 15 in the above-captioned matter. The parties continue to work toward a potential disposition of this matter but do not anticipate completing that work by October 15. Accordingly, and so as to permit those talks to continue, the parties would request a brief adjournment of approximately 60 days of next week's conference.

    Should Your Honor be inclined to grant the adjournment, the Government would also seek an exclusion of time from Speedy Trial Act calculation between October 15, 2013 and the new conference date for substantially the reasons set forth above. <u>See</u> 18 U.S.C. 3161(h)(7)(A). I have spoken with defense about this additional request and understand that, on behalf of the defendant, he consents to it. A proposed order excluding time is attached for the Court's consideration.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

          By:

                        Edward B. Diskant
                        Assistant United States Attorney
                        (212) 637-2294

cc: Daniel Kratka, Esq. (By electronic-mail)