UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 7 2014

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :     ORDER

    -v.-                        :     13 Cr. 055 (GBD)

ROGELIO LEYBA,                  :

        Defendant.              :

- - - - - - - - - - - - - - - - - - -x

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward B. Diskant, of counsel, and with the consent of counsel for the defendant, it is hereby ORDERED that the time from February 19, 2014 through April 23, 2014 is hereby excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the parties to engage in further discussions regarding a potential disposition of this matter.

SO ORDERED.

Dated:   New York, New York
         February __, 2014

FEB 18 2014

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE