

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2014

**VIA FACSIMILE**

**SO ORDERED** The conference is adjourned to April 23, 2014 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Rogelio Leyba</u>, 13 Cr. 055 (GBD)

Dear Judge Daniels:

I write on behalf of both parties to request an adjournment of the conference currently scheduled for Wednesday, February 19 in the above-captioned matter. The parties continue to work toward a potential disposition of this matter but do not anticipate completing that work by February 19. Accordingly, and so as to permit those talks to continue, the parties would request a brief adjournment of approximately 60 days of next week's conference.

Should Your Honor be inclined to grant the adjournment, the Government would also seek an exclusion of time from Speedy Trial Act calculation between February 19, 2014 and the new conference date for substantially the reasons set forth above. See 18 U.S.C. 3161(h)(7)(A). I have spoken with defense about this additional request and understand that, on behalf of the defendant, he consents to it. A proposed order excluding time is attached for the Court's consideration.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
(212) 637-2294

cc: Daniel Kratka, Esq. (By electronic-mail)