USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 28 2014

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2014

SO ORDERED.

*[signature]*
George B. Daniels, U.S.D.J.

MAR 28 2014

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Rogelio Leyba</u>, 13 Cr. 055 (GBD)

Dear Judge Daniels:

      I write on behalf of both parties to alert the Court that the defendant is expected to plead guilty pursuant to an agreement with the Government. I understand the Court is available to hear the plea on April 3, 2014 at 10 a.m., as are the parties. Accordingly, the Government respectfully requests that the Court schedule a plea in this matter for that date and time.

      A copy of the proposed plea agreement is also enclosed for the Court's review.

      Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
    Edward B. Diskant
    Assistant United States Attorney
    (212) 637-2294

cc: Daniel Kratka, Esq. (By electronic-mail)