UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

ROGELIO LEYBA,

      Defendant.
------------------------------------- x

ORDER

13 Cr. 55 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The conference in the above-captioned case previously scheduled for April 23, 2014 is CANCELED.

Dated: New York, New York
   April 10, 2014

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge