# WILENS & BAKER P.C.
ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237

July 14, 2014

**SO ORDERED**

**VIA ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Fax (212) 805-6737

The sentencing is adjourned to
September 3, 2014 at 10:00 am.

*[signature]*
HON. GEORGE B. DANIELS

JUL 15 2014

RE: **United States v. Rogelio Leyba**
**Docket No. 1:13-cr-00055-GBD-1**

Dear Judge Daniels:

The defense respectfully requests an adjournment of defendant's upcoming sentencing scheduled for July 31, 2014. The defendant is out on bail and has been compliant with pre-trial services. The defense requires additional time to obtain documents needed for defendant's pre-sentence memorandum. This is the first request the defendant has made for an adjournment of sentencing and the Government does not oppose this request. The parties have conferred and are amenable to a sentencing date in the beginning of September.

Sincerely,

*[signature]*
Daniel Kratka, Esq.

cc: AUSA Edward B. Diskant (VIA Email)

{MWA: 116394\00378525.DOC}