UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

v.

ROGELIO LEYBA,

            *Defendant.*

------------------------------------------------------X

Order of Restitution

13 Cr. 055 (GBD)



Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Edward B. Diskant, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of Indictment 13 Cr. 055 (GBD); and all other proceedings in this case, it is hereby ORDERED that:

    **1.**     **Amount of Restitution.** ROGELIO LEYBA, the Defendant, shall pay restitution in the total amount of $184,123.00 to the victim of the offense charged in Count One, namely the New York State Department of Health. Payments shall be made to the Clerk of the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, Attention: Cashier's Office, who will disburse the payments to the victim set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

6.2011

**2.** **Payment Schedule.** Restitution payments shall begin following the defendant's release from imprisonment and shall be made in monthly installments equal to 10% of his gross monthly income.

Dated: New York, New York
September 3, 2014

SEP 04 2014

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

                v.

ROGELIO LEYBA,

                *Defendant.*

------------------------------------------------------------X

**Schedule of Victims**

**13 Cr. 055 (GBD)**

| **Name** | **Address** | **Amount of Restitution** |
|---|---|---|
| NYS Department of Health | Attn: Mr. Dennis Wendell, Chief Accountant<br>Fiscal Management Group<br>Corning Tower, Room 2737<br>Empire State Plaza<br>Albany, New York 12237 | $184,123.00 |

6.2011