UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA            :

        -against-            :     **ORDER**

ROGELIO LEYBA                       :   Indictment No.: 13cr-00055(GBD)

        Defendant.            :

---------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
SEP 05 2014

Defendant's motion for an Order directing pre-trial services and/or the probation department to return to the defendant his foreign passport is GRANTED.

**SO ORDERED**

DATED: September ____, 2014, NEW YORK, NEW YORK

_____ SEP 04 2014
Hon. George B. Daniels

{DK: WBGEN\00121527.DOC}