Docket Number: 1:S1 13CR555-01(GBD)

P65366/AW



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X] International Travel to Israel from August 20, 2015 to September 7, 2015 **GRANTED**

[ ] International Travel to Israel from August 20, 2015 to September 7, 2015 **DENIED**

[ ] Other

_____
_____
_____
_____

FUTURE TRAVEL :

[V] At the discretion of the U.S. Probation Department.

[ ] Court requires notification.

[ ] Other

JUL 31 2015

George B. Daniel
Signature of Judicial Officer

_____
Date